UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 30, 2018

SEAN F. McAVOY, CLERK

ROBERT M.,

*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY,

*Defendant*

Civil Action No. 2:17-CV-00355-RHW

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 11, is DENIED.
Defendant's Motion for Summary Judgment, ECF No. 12, is GRANTED.
Judgment is entered for the Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROBERT H. WHALEY on a motion for summary judgment.

Date: 07/30/2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez